1  Karra J. Porter
   Karra.Porter@chrisjen.com
2  Kelly H. Macfarlane
3  Kelly.Macfarlane@chrisjen.com
   Sarah E. Spencer
4  *Pro Hac Vice Admission Pending*
   Sarah.Spencer@chrisjen.com
5  Phillip E. Lowry, Jr.
6  Phillip.Lowry@chrisjen.com
   **CHRISTENSEN & JENSEN, P.C.**
7  15 West South Temple, Suite 800
   Salt Lake City, Utah  84101
8  Telephone:  801-323-5000

9
   Gregory A. Miles, Esq.
10 Nevada Bar No. 4336
   **ROYAL & MILES LLP**
11 1522 W. Warm Springs Road
   Henderson, NV 89014
12 (702) 471-6777
13 Fax:  (702) 531-6777
   *Attorneys for Defendants*
14

15 **UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEVADA**

16

17 ROBB EVANS OF ROBB EVANS &
   ASSOCIATES LLC as Receiver for I Works,     Case No.:   2:12-cv-01053-MMD-VCF
18 Inc. and other entities as defined in the
   Preliminary Injunction Order entered February
19 10, 2011, and over the assets of Jeremy
   Johnson,
20

21           Plaintiff,
   v.
22

23 KERRY JOHNSON, an individual;
   BARBARA JOHNSON, an individual; THE
24 KB FAMILY LIMITED PARTNERSHIP, a
   Utah limited partnership
25

26           Defendants.

27

28               **SUBSTITUTION OF ATTORNEY**

1

Pursuant to District of Nevada L.R. IA 10-6, Defendants Kerry Johnson, Barbara Johnson and The KB Family Limited Partnership hereby substitute Scott T. Evans and the law firm of CHRISTENSEN & JENSEN, P.C. 15 W. South Temple, Suite 800, Salt Lake City, Utah 84101 and Gregory A. Miles and the law firm of Royal & Miles, LLP, 1522 W. Warm Springs Road Henderson, Nevada 89014, as attorneys of record in place and stead of Michael D. Stanger with the law firm of CALLISTER NEBEKER & MCCULLOUGH and John P. Aldrich with the ALDRICH LAW FIRM, LTD.

DATED: this 25th day of February, 2013.

/s/ Kerry Johnson
Kerry Johnson

/s/ Barbara Johnson
Barbara Johnson

/s/ Kerry Johnson
The KB Family Limited Partnership

We hereby consent to the above substitution.

DATED: this 25th day of February, 2013.

/s/ Michael D. Stanger
Michael D. Stanger
Present counsel for Defendants.

DATED: this 25th day of February, 2013.

/s/ John P. Aldrich
John P. Aldrich
Present counsel for Defendants.

//
//

2

1         We are duly admitted to practice in this District.

2         Above substitution accepted.

3         DATED this 25th day of February, 2013.

        **CHRISTENSEN & JENSEN, P.C**.

/s/  Scott T. Evans
Scott T. Evans
Karra J. Porter, *admission pro hac vice pending*
Kelly H. Macfarlane, *admission pro hac vice pending*
Sarah E. Spencer, *admission pro hac vice pending*
Phillip E. Lowry, Jr., *admission pro hac vice pending*
15 West South Temple, Suite 800
Salt Lake City, UT 84101

**ROYAL & MILES, LLP**

/s/  Gregory A. Miles
Gregory A. Miles
1522 W. Warm Springs Road
Henderson, NV 89014
*New attorneys for Defendants*


**APPROVED BY THE COURT:**

DATED: this 5 day of ~~February,~~ March 2013.

_____
Honorable ~~Miranda M. Du~~ Cam Ferenbach
United States ~~District~~ Magistrate Judge

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of **SUBSTITUTION OF ATTORNEY** was served to the following via the Court's CM/ECF system this 25th day of February, 2013:

Randolph L. Howard
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV  89145

Gary Owen Caris
Lesley Anne Hawes
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124

*Attorneys for Plaintiff*

*/s/ Anne L. MacLeod*
Legal Secretary, CHRISTENSEN & JENSEN, P.C.

4