Karra J. Porter
Karra.Porter@chrisjen.com
Kelly H. Macfarlane
Kelly.Macfarlane@chrisjen.com
Phillip E. Lowry, Jr.
Phillip.Lowry@chrisjen.com
Sarah E. Spencer
Sarah.Spencer@chrisjen.com
*(Pro Hac Vice Admissions Pending)*
Scott T. Evans, Nevada Bar No. 4261
**CHRISTENSEN & JENSEN, P.C.**
15 West South Temple, Suite 800
Salt Lake City, Utah 84101
Telephone: 801-323-5000

Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W. Warm Springs Road
Henderson, NV 89014
(702) 471-6777
Fax: (702) 531-6777

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>KERRY JOHNSON, an individual; BARBARA JOHNSON, an individual; THE KB FAMILY LIMITED PARTNERSHIP, a Utah limited partnership<br><br>    Defendants. | Case No.:   2:12-cv-01053-MMD-VCF |

1

**ORDER GRANTING STIPULATED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

THIS MATTER is before the Court on the First Stipulated Motion for Enlargement of Time for Defendants to File Reply in Support of Motion to Dismiss.  The Court, having considered the motion, the Court's file, the stipulation of the parties, and being sufficiently advised in the premises, hereby orders that the motion is GRANTED.  The deadline for the response is extended through and including April 1, 2013.

**IT IS SO ORDERED:**

[UNITED STATES DISTRICT JUDGE, ~~UNITED STATES MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT CLERK~~]

(whichever is appropriate)

DATED: March 25, 2013

2