# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBB EVANS, Receiver for I Works, Inc. et al.

    Plaintiff(s),

vs.

KERRY JOHNSON, et al.

    Defendant(s).

Case #2:12-cv-01053-MMD-VCF

**SECOND AMENDED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

---

    Phillip E. Lowry, Jr._____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Christensen & Jensen, PC
(firm name)

with offices at     15 W South Temple, Suite 800
    (street address)

Salt Lake City      Utah      84101-1572
(city)      (state)      (zip code)

801-323-5000      phillip.lowry@chrisjen.com
(area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Defendants_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since  October 19, 1993 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Utah 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court, District of Utah | 10/20/1993 | 6603 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

|  |
|--|
|  |

7. That Petitioner is a member of good standing in the following Bar Associations:

| |
|--|
| Utah State Bar |

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| February 11, 2013 | 2:10-cv-2203 | US District Ct., Dist of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Utah___ )
)
COUNTY OF ___Salt Lake___ )

___Phillip E. Lowry, Jr,___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___4th___ day of ___March___, ___2013___.

___Paula M. Christensen___
Notary Public or Clerk of Court

Notary Public
PAULA M. CHRISTENSEN
Commission #578830
My Commission Expires
May 13, 2013
State of Utah

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Gregory Miles___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___1522 W Warm Springs Road___,
(street address)

___Henderson___, ___Nevada___, ___89014___,
(city)           (state)          (zip code)

___702-471-6777___, ___gmiles@royalmileslaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Gregory Miles_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

KB Family Limited Partnership
(Party signature)
By- Kerry Johnson

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4336                    gmiles@royalmileslaw.com
Bar number              Email address

APPROVED:
Dated: this ___1st___ day of ___April, 2013___

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11



# Utah State Bar.

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
www.utahbar.org

John C. Baldwin
Executive Director

**Board of Commissioners**

Lori W. Nelson
President
Jones Waldo Holbrook & McDonough
Salt Lake City

Curtis M Jensen
President-elect
Snow Jensen & Reece
St. George

Steven R. Burt, AIA
Public Member
Entelen Design-Build

H. Dickson Burton
TraskBritt
Salt Lake City

Su J. Chon
Salt Lake County
Property Rights Ombudsman Office
Salt Lake City

Hon. Evelyn J. Furse
United States District Court
Salt Lake City

James D. Gilson
Callister Nebeker & McCullough
Salt Lake City

Mary Kay Griffin, CPA
Public Member
Mayer Hoffman McCann

Felshaw King
King & King
Kaysville

Michael F. Leavitt
Durham Jones & Pinegar
St. George

John R. Lund
Snow Christensen & Martineau
Salt Lake City

Herm Olsen
Hillyard Anderson & Olsen
Logan

Robert O. Rice
Ray Quinney & Nebeker
Salt Lake City

Thomas W. Seiler
Robinson Seiler & Anderson
Provo

Angelina Tsu
Zions Management Services Corporation
Salt Lake City

October 29, 2012

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for PHILLIP E. LOWRY JR.**

This is to certify that **PHILLIP E. LOWRY JR.**, Utah State Bar **No. 6603**, was admitted to practice law in Utah on **October 19, 1993**, and is an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

No public disciplinary action involving professional misconduct has been taken against the license of **PHILLIP E. LOWRY JR.** to practice law.

Katherine A. Fox
General Counsel
Utah State Bar



*Do the Public Good • Volunteer for Pro Bono*